3-20-13

To Whom it may Concern,

Please be advised that this letter will serve as my immediate notification that I hereby resign from Walmart store #0903 3/20/2013 as an Asset Protection associate. Due to the ongoing problems with my immediate management in Asset Protection it has contributed to a hostile Work Environment therefore causing me to have an enormous amount of stress in my life. I Sean Copeland submit this letter of resignation to prevent any further backlash from management.

Thank you,

Sean K Copeland     3-20-2013



EXHIBIT
5