EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| WAL MART<br>2711 Greenway Dr.<br>Jackson, MS 39204 | **Sean Copeland** |
| | THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>423-2013-01090 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **26-APR-13** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **26-APR-13** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **11-APR-13**
to **Linda M. Walker, ADR Mediator, at (601) 948-8435**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Linda M. Walker,
ADR Staff Mediator
*EEOC Representative*
Telephone  **(601) 948-8435**

Jackson Area Office
100 West Capitol Street
Suite 338
Jackson, MS 39269
Fax: (601) 948-8401

*Received APR 01 2013 Littler Mendelson*

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] Race  [ ] Color  [X] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

**EXHIBIT 6**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| March 27, 2013 | Wilma J. Scott,<br>Area Office Director | *[signed] Wilma J. Scott* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2013-01090 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Sean Copeland | (601)■■■■■ | ■■■1984 |

| Street Address | City, State and ZIP Code |
|---|---|
| ■■■■■■■■■■, Jackson, MS 39212 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WALMART | 201 - 500 | (601) 922-3406 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2711 Greenway Dr., Jackson, MS 39204 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify)  **Sexual harassment**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-19-2012   Latest: 03-20-2013

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I started working with the above named company around December 19, 2012, as an Asset Protection Associate (Loss Prevention). I was subjected wrongful employment practices to sexual harassment, sexual advances, and unwanted comments by my Manager, Cheryl Walker-Bolden, which I refused and did not want to be apart of. Things became too unbearable and intolerable that I was forced to quit my job on March 20, 2013.

On the first day of work, Ms. Walker-Bolden implied to me she is like a snake and she bites what she wants. I was puzzled, but later found out the meaning of what she said. However, she would always come to work talking about her sexual encounters with her boyfriend Larry; whereas, she talked about having sex with him even with her menstrual cycle on during New Years (voice recorder). I complained to her about always touching and rubbing against me every time we have a work related interaction. She would sometimes disrespectfully tell me she is going to take me from my fiancé and talking about our age difference. She constantly told me if she put her "P----"on me, I would be sprung. I responded that I can not be having those types of conversations with my boss (voice recorder). She expressed to me she like chocolate things in her mouth and looked at me and licked her lips, and stated I am just playing hard to get. One occasion, she showed her breast to myself and Gary Clemons (video included). She adversely punished me because she thought I liked her sister by making me go outside and collect the buggies and also altered my shift. Things were getting out of hand because I would not adhere to her advances and temptations; so I quit. Three other men suffered the same actions as I (Gary Clemons, Dewight (LNU), and Joe Brosure.

I believe I have been discriminated against because of my sex (male-sexual harassment), and constructively discharged, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 26, 2013      *Sean K. Copeland* (signature)<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |