# EXHIBIT 18

Sean Copeland's audio recording #1

# TO BE FILED UNDER SEAL